**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bovine Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1453966** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** <br><br> **1902 7th Ave** <br> **Camanche, IA 52730** <br> Number, Street, City, State & ZIP Code <br><br> **Clinton** <br> County | **Mailing address, if different from principal place of business** <br><br> **P.O. Box 170** <br> **Andover, IA 52701** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Bovine Properties, LLC**
       Name _____   Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1152__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

| Debtor | **Bovine Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Bovine Properties, LLC**                                        Case number (*if known*)
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bovine Properties, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2024**
MM / DD / YYYY

**X** /s/ Andrew Naeve                **Andrew Naeve**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** /s/ Joseph A. Peiffer                Date    **April 10, 2024**
Signature of attorney for debtor            MM / DD / YYYY

**Joseph A. Peiffer AT0006160**
Printed name

**Ag & Business Legal Strategies**
Firm name

**PO Box 11425**
**Cedar Rapids, IA 52410**
Number, Street, City, State & ZIP Code

Contact phone    **319-363-1641**        Email address    **joe@ablsonline.com**

**AT0006160 IA**
Bar number and State

---

# United States Bankruptcy Court
### Northern District of Iowa

In re    **Bovine Properties, LLC**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 10, 2024**
_____

**/s/ Andrew Naeve**
_____
**Andrew Naeve/President**
Signer/Title

**Fill in this information to identify the case:**

Debtor name      **Bovine Properties, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2024**         X */s/ Andrew Naeve*
                                          Signature of individual signing on behalf of debtor

                                          **Andrew Naeve**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Bovine Properties, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clinton National Bank 235 6th Avenue South Clinton, IA 52732** | Jason Wheat jason.wheat@clinton national.net 563-244-4131 | **Business Loan** | | $9,427,380.98 | $5,000,000.00 | $4,427,380.98 |
| **Clinton National Bank 235 6th Avenue South Clinton, IA 52732** | Jason Wheat jason.wheat@clinton national.net 563-244-4131 | **Guarantee of Affiliates' Debt** | | | | $3,214,980.57 |
| **Clinton National Bank 235 6th Avenue South Clinton, IA 52732** | Jason Wheat jason.wheat@clinton national.net 563-244-4131 | **Guarantee of Affiliates' Debt** | | | | $1,879,086.68 |
| **Central Confinement Service, LLC PO Box 1332 Columbus, NE 68602** | Peter Wenker pjw@brookslawfirmp c.com 309-786-4900 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | $1,517,397.43 |
| **Clinton National Bank 235 6th Avenue South Clinton, IA 52732** | Jason Wheat jason.wheat@clinton national.net 563-244-4131 | **Business Loan** | | | | $1,506,994.06 |
| **Vision Electric, LLC 3300 Henry St SW Ste 5 Bondurant, IA 50035** | -Mark Walz Mark.walz@denton. com 515-288-2500 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | $389,871.34 |
| **Clinton Engineering Co, Inc. 2101 Lincoln Way Clinton, IA 52732** | Ben Patterson bpatterson@l-law.co m 563-324-3246 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | $285,653.37 |

Debtor  **Bovine Properties, LLC**                                         Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St. Cloud Refrigeration, Inc. 604 Lincoln Ave Saint Cloud, MN 56304** | Matt Roth mroth@spmblaw.com 319-896-4058 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$284,805.75** |
| **Crescent Electric Supply Company 7750 Dunleith Drive East Dubuque, IL 61025** | Joe Van Vooran jvanvooren@mvfkegak.com 309-623-8000 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$260,594.60** |
| **Bakers & Packers Millwright, LLC 209 N Day Avenue Ute, IA 51060** | Sam Jones sej@shuttleworthlaw.com 319-731-2359 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$210,470.00** |
| **Eastern Iowa Plumbing & Heating PO Box 219 Miles, IA 52064** | Brandon Marburger 563-357-1148 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$200,572.31** |
| **Clinton National Bank 235 6th Avenue South Clinton, IA 52732** | Jason Wheat jason.wheat@clintonnational.net 563-244-4131 | **Guarantee of Affiliates' Debt** | | | | **$138,641.17** |
| **RHA Service, Inc. 524 3rd Ave South Clinton, IA 52732** | James Bruhn jbruhn@farwellbruhn.com 563-242-6162 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$114,169.04** |
| **Electric Service of Clinton, Inc. P.O. Box 1116 Clinton, IA 52732** | James Bruhn jbruhn@farwellbruhn.com 563-242-6162 | **Mechanic's Lien** | | | | **$76,626.33** |
| **Ulitmate Thermal, Inc. PO Box 34818 Omaha, NE 68134** | Curtis H Swahn Curtis@ultimatethermal.com 402-963-9311 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$49,011.13** |
| **Allied Construction Services, Inc. 214 South 35th Street Bettendorf, IA 52722** | Brandon Bohlman bbohlman@lwclawyers.com 515-224-3911 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$30,519.00** |
| **Continental Fire Sprinkler Company 4518 S 133rd St Omaha, NE 68145** | Elizabeth Paterson Fisk 402-333-4600 | **Mechanic's Lien** | **Contingent Unliquidated Disputed** | | | **$1,891.57** |

**Fill in this information to identify the case:**

Debtor name      **Bovine Properties, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **5,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $   **5,000,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **5,000,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   **14,588,665.33**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $   **19,588,665.33**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Bovine Properties, LLC**

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF IOWA

Case number (if known)        _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor  **Bovine Properties, LLC**                           Case number *(If known)* _____
  Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1902 7th Ave, Camanche IA 52730 | Fee simple - See attached Exhibit A for legal description | $0.00 | | $5,000,000.00 |

56.  **Total of Part 9.**                                                   | $5,000,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **Bovine Properties, LLC**
Name

Case number *(If known)*

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Bovine Properties, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $5,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,000,000.00 |

**Bovine Properties, LLC**
**Chapter 11 Bankruptcy**
**Exhibit A**
**Schedule A/B**

Parcel "F" being part of the northwest quarter (NW¼) of the northwest quarter (NW¼) of section twenty-seven (27), township eighty-one (81) north, range six (6), East of the 5th P.M. within the City of Camanche, Clinton County, Iowa, more particularly described as follows:

Commencing at the northwest corner of section twenty-seven (27); thence south 00 ° 00' 00" east, one thousand one hundred ninety-nine and twenty-five-hundredths (1199.25) feet along the west line of the northwest quarter (NW¼) of section twenty-seven ( 27); thence north 87 ° 27' 30" east, ninety-two and forty-three-hundredths (92.43) feet to the north right of way line of U. S. Highway 67 and being the point of beginning of the land here intended to be described; thence north 87 ° 27' 30" east, six hundred ninety-three and sixty-one-hundredths (693.61) feet along the north right of way line of U.S. Highway 67; thence north 00 ° 00' 00" west, seven hundred twenty-eight and no hundredths (728.00) feet; thence south 87 ° 27' 30" west, seven hundred fifty-three and one-hundredths (753.01) feet to the easterly right of way line of 7th Avenue; thence south 00 ° 00' 00" east, five hundred ninety-three and sixty-six-hundredths (593.66) feet along the easterly right of way line of 7th Avenue; thence south 06 ° 55' 30" east, one hundred forty-one and no-hundredths (141.00) feet along the easterly right of way line of 7th Avenue; thence south 42 ° 51' 00" east, sixty-two and thirty-hundredths (62.30) feet along the easterly right of way line of 7th Avenue to the point of beginning.

**Fill in this information to identify the case:**

Debtor name **Bovine Properties, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Allied Construction Services, Inc.**<br>Creditor's Name<br><br>**214 South 35th Street**<br>**Bettendorf, IA 52722**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**07/26/2022**<br>**Last 4 digits of account number**<br>**1240**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**See attached Exhibit B.** | **Describe debtor's property that is subject to a lien**<br>**1902 7th Ave, Camanche IA 52730**<br><br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$30,519.00** | **$5,000,000.00** |
| **2.2** **Bakers & Packers Millwright, LLC**<br>Creditor's Name<br><br>**209 N Day Avenue**<br>**Ute, IA 51060**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2021-06-06 - 2022-07-13**<br>**Last 4 digits of account number**<br>**4750**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**1902 7th Ave, Camanche IA 52730**<br><br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$210,470.00** | **$5,000,000.00** |

Debtor **Bovine Properties, LLC**
Name

Case number (if known) _____

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Central Confinement Service, LLC** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1332
Columbus, NE 68602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022-06-16 - 2022-07-23**
**Last 4 digits of account number
2410**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**1902 7th Ave, Camanche IA 52730**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,517,397.43    $5,000,000.00

---

| 2.4 | **Clinton Engineering Co, Inc.** | | |
|---|---|---|---|

Creditor's Name

**2101 Lincoln Way
Clinton, IA 52732**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2024-07-12 - 2022-07-14**
**Last 4 digits of account number
6820**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**1902 7th Ave, Camanche IA 52730**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$285,653.37    $5,000,000.00

---

| 2.5 | **Clinton National Bank** | | |
|---|---|---|---|

Creditor's Name

**235 6th Avenue South
Clinton, IA 52732**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1902 7th Ave, Camanche IA 52730**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

$9,408,938.81    $5,000,000.00

---

| Debtor | **Bovine Properties, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**05/06/2022**

**Last 4 digits of account number**
**1351**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Clinton National Bank** | Describe debtor's property that is subject to a lien | $1,503,694.12 | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1902 7th Ave, Camanche IA 52730** | | |

**235 6th Avenue South**
**Clinton, IA 52732**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**09/07/2022**

**Last 4 digits of account number**
**1372**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Continental Fire Sprinkler Company** | Describe debtor's property that is subject to a lien | $1,891.57 | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1902 7th Ave, Camanche IA 52730** | | |

**4518 S 133rd St**
**Omaha, NE 68145**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2022-12-13 - 2023-05-09**

**Last 4 digits of account number**
**0760**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.8 | **Crescent Electric Supply Company** | Describe debtor's property that is subject to a lien | $260,594.60 | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1902 7th Ave, Camanche IA 52730** | | |

**7750 Dunleith Drive**
**East Dubuque, IL 61025**

---

Debtor    **Bovine Properties, LLC**                                      Case number (if known) _____
_____
Name

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021-12-16 - 2022-07-05**
**Last 4 digits of account number**
**1190**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.9 | **Eastern Iowa Plumbing & Heating** | Describe debtor's property that is subject to a lien | $200,572.31 | $5,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**1902 7th Ave, Camanche IA 52730**

**PO Box 219**
**Miles, IA 52064**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021-07-12 - 2022-08-04**
**Last 4 digits of account number**
**3900**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.10 | **Electric Service of Clinton, Inc.** | Describe debtor's property that is subject to a lien | $76,626.33 | $5,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**1902 7th Ave, Camanche IA 52730**

**P.O. Box 1116**
**Clinton, IA 52732**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022-09-28 - 2023-07-28**
**Last 4 digits of account number**
**9180**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **Bovine Properties, LLC**                                              Case number (if known) _____
_____
Name

| 2.1 1 | **RHA Service, Inc.** | | |
|---|---|---|---|

Creditor's Name

**524 3rd Ave South**
**Clinton, IA 52732**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/20/2023**
Last 4 digits of account number
**4490**
Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien          $114,169.04      $5,000,000.00
**1902 7th Ave, Camanche IA 52730**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.1 2 | **St. Cloud Refrigeration, Inc.** | | |
|---|---|---|---|

Creditor's Name

**604 Lincoln Ave**
**Saint Cloud, MN 56304**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2021-11-08 - 2022-06-07**
Last 4 digits of account number
**9660**
Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien          $284,805.75      $5,000,000.00
**1902 7th Ave, Camanche IA 52730**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.1 3 | **Ulitmate Thermal, Inc.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 34818**
**Omaha, NE 68134**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2021-08-11 - 2022-10-05**
Last 4 digits of account number
**0820**

Describe debtor's property that is subject to a lien          $49,011.13      $5,000,000.00
**1902 7th Ave, Camanche IA 52730**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **Bovine Properties, LLC**

Name

Case number *(if known)* _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| **Specified on line 2.1** | ☑ Unliquidated |
| | ☑ Disputed |

---

| 2.1 4 | **Vision Electric, LLC** | Describe debtor's property that is subject to a lien | $389,871.34 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**3300 Henry St SW
Ste 5
Bondurant, IA 50035**

Creditor's mailing address

**1902 7th Ave, Camanche IA 52730**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2022-04-01 - 2022-07-05**
Last 4 digits of account number
**8660**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| **Specified on line 2.1** | ☑ Unliquidated |
| | ☑ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $14,334,214.80

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bemjamin Patterson<br>Lane & Waterman LLP<br>220 North Main Street, Suite 600<br>Davenport, IA 52801** | Line **2.4** | |
| **Brandon Bohlman<br>Lederer Weston Craig, PLC<br>4401 Westown Parkway, Suite 212<br>West Des Moines, IA 50266** | Line **2.1** | |
| **Brandon Marburger<br>PO Box 219<br>Miles, IA 52064** | Line **2.9** | |
| **Curtis H Swahn<br>PO Box 34818<br>Omaha, NE 68134** | Line **2.13** | |

| Debtor | **Bovine Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Douglas R. Lindstrom, Jr.**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line **2.5** |
| **Douglas R. Lindstrom, Jr.**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line **2.6** |
| **Dustin Ludemann**<br>**James D. Bruhn, PLC**<br>**343 Fifth Avenue South**<br>**Clinton, IA 52732** | Line **2.10** |
| **Dustin Ludemann**<br>**James D. Bruhn, PLC**<br>**343 Fifth Avenue South**<br>**Clinton, IA 52732** | Line **2.11** |
| **Elizabeth Paterson**<br>**4518 S 133rd St**<br>**Omaha, NE 68145** | Line **2.7** |
| **James Bruhn**<br>**James D. Bruhn, PLC**<br>**343 Fifth Avenue South**<br>**Clinton, IA 52732** | Line **2.10** |
| **James Bruhn**<br>**James D. Bruhn, PLC**<br>**343 Fifth Avenue South**<br>**Clinton, IA 52732** | Line **2.11** |
| **Jason Wheat**<br>**635 6th Avenue South**<br>**Clinton, IA 52732** | Line **2.5** |
| **Joseph VanVooren**<br>**Mitvalskey, VanVooren & Fox, P.C.**<br>**1515 5th Ave; Suite 428**<br>**IL 61365** | Line **2.8** |
| **Mark D. Waltz**<br>**Dentons Davis Brown, PC**<br>**4201 Westown Parkway, Suite 300**<br>**New Providence, IA 50206** | Line **2.14** |
| **Matthew Roth**<br>**Simmons Perine Moyer Bergman**<br>**115 3d street SE, Suite 1200**<br>**Cedar Rapids, IA 52401** | Line **2.12** |
| **Peter J. Wenker**<br>**Brooks Law Firm PC**<br>**3725 Blackwawk Road, Suite 200**<br>**Rock Island, IL 61201** | Line **2.3** |

| Debtor | **Bovine Properties, LLC** | Case number (*if known*) | |
| | Name | | |

| | | |
|---|---|---|
| **Samuel Jones**<br>**Shuttleworth & Ingersoll, PLC**<br>**115 3rd Street SE, Suite 500**<br>**PO Box 2107**<br>**Cedar Rapids, IA 52406-2107** | Line __**2.2**__ | |
| **Terry M. Giebelstein**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __**2.5**__ | |
| **Terry M. Giebelstein**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __**2.6**__ | |

**Bovine Properties, LLC**
**Chapter 11 Bankruptcy**
**Exhibit B**
**Schedule D**

| Priority | Creditor Name |
|---|---|
| 1 | Clinton National Bank |
| 2 | Vision Electric, LLC |
| 3 | Allied Construction Services, Inc. |
| 4 | Central Confinement Service, LLC |
| 5 | St. Cloud Refrigeration, Inc. |
| 6 | Crescent Electric Supply Company |
| 7 | Clinton Engineering Co, Inc. |
| 8 | Ultimate Thermal, Inc. |
| 9 | Bakers & Packers Millwright, LLC |
| 10 | RHA Service, Inc. |
| 11 | Easter Iowa Plumbing & Heating |
| 12 | Electric Service of Clinton, Inc. |
| 13 | Continental Fire Sprinkler Company |

**Fill in this information to identify the case:**

Debtor name    **Bovine Properties, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Clinton National Bank**<br>**235 6th Avenue South**<br>**Clinton, IA 52732**<br><br>Date(s) debt was incurred  05/25/2022<br>Last 4 digits of account number  1330 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Guarantee of Affiliates' Debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,879,086.68** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Clinton National Bank**<br>**235 6th Avenue South**<br>**Clinton, IA 52732**<br><br>Date(s) debt was incurred  02/04/2022<br>Last 4 digits of account number  1364 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Guarantee of Affiliates' Debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$138,641.17** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Clinton National Bank**<br>**235 6th Avenue South**<br>**Clinton, IA 52732**<br><br>Date(s) debt was incurred  09/06/2022<br>Last 4 digits of account number  1422 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Guarantee of Affiliates' Debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,214,980.57** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Bovine Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Douglas R. Lindstrom, Jr.**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Douglas R. Lindstrom, Jr.**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Douglas R. Lindstrom, Jr.**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jason Wheat**<br>**635 6th Avenue South**<br>**Clinton, IA 52732** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jason Wheat**<br>**635 6th Avenue South**<br>**Clinton, IA 52732** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jason Wheat**<br>**635 6th Avenue South**<br>**Clinton, IA 52732** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Terry M. Giebelstein**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Terry M. Giebelstein**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Terry M. Giebelstein**<br>**Lane & Waterman LLP**<br>**220 North Main Street**<br>**Suite 600**<br>**Davenport, IA 52801** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 5,232,708.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,232,708.42 |

**Fill in this information to identify the case:**

Debtor name     **Bovine Properties, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Contract for Auction of Plant** | |
| State the term remaining | |
| List the contract number of any government contract    _____ | **Peoples Company**<br>**12119 Stratford Drive**<br>**Clive, IA 50325** |

**Fill in this information to identify the case:**

Debtor name   **Bovine Properties, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Adam Naeve** | **4053 120th St**<br>**Bryant, IA 52727** | **Clinton National Bank** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Adam Naeve** | **4053 120th St**<br>**Bryant, IA 52727** | **Clinton National Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Adam Naeve** | **4053 120th St**<br>**Bryant, IA 52727** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.4 **Adam Naeve** | **4053 120th St**<br>**Bryant, IA 52727** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.5 **Adam Naeve** | **4053 120th St**<br>**Bryant, IA 52727** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |

| Debtor | **Bovine Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Andrew Naeve | 4166 135th St<br>Clinton, IA 52732 | Clinton National Bank | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Andrew Naeve | 4166 135th St<br>Clinton, IA 52732 | Clinton National Bank | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Andrew Naeve | 4166 135th St<br>Clinton, IA 52732 | Clinton National Bank | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.9 | Andrew Naeve | 4166 135th St<br>Clinton, IA 52732 | Clinton National Bank | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.10 | Andrew Naeve | 4166 135th St<br>Clinton, IA 52732 | Clinton National Bank | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.11 | Meat and Greet, LLC | dba Naeve Family Beef<br>4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | Clinton National Bank | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Meat and Greet, LLC | dba Naeve Family Beef<br>4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | Clinton National Bank | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 7

| Debtor | **Bovine Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | **Meat and Greet, LLC** | dba Naeve Family Beef<br>4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | **Clinton National Bank** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.14 | **Meat and Greet, LLC** | dba Naeve Family Beef<br>4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | **Clinton National Bank** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.15 | **Meat and Greet, LLC** | dba Naeve Family Beef<br>4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | **Clinton National Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.16 | **Naeve Family Beef LLC** | 4361 140th St<br>Andover, IA 52701 | **Clinton National Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Naeve Family Beef LLC** | 4361 140th St<br>Andover, IA 52701 | **Clinton National Bank** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.18 | **Naeve Family Beef LLC** | 4361 140th St<br>Andover, IA 52701 | **Clinton National Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.19 | **Naeve Family Beef, LLC** | 4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | **Clinton National Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bovine Properties, LLC** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.20 | **Naeve Livestock Farms Corporation** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Naeve Livestock Farms Corporation** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | **Naeve Livestock Farms Corporation** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.23 | **Naeve Livestock Farms Corporation** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.24 | **Naeve Livestock Farms Corporation** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |
| 2.25 | **Naeve, Inc.** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Naeve, Inc.** | **4361 140th Street PO Box 100 Andover, IA 52701** | **Clinton National Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Bovine Properties, LLC** _____   Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 | **Naeve, Inc.** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

□ D _____
■ E/F _3.1_
□ G _____

| 2.28 | **Naeve, Inc.** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

□ D _____
■ E/F _3.2_
□ G _____

| 2.29 | **Naeve, Inc.** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

□ D _____
■ E/F _3.3_
□ G _____

| 2.30 | **NFB, LLC** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

■ D _2.5_
□ E/F _____
□ G _____

| 2.31 | **NFB, LLC** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

■ D _2.6_
□ E/F _____
□ G _____

| 2.32 | **NFB, LLC** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

□ D _____
■ E/F _3.1_
□ G _____

| 2.33 | **NFB, LLC** | 4361 140th Street | **Clinton National** |
| | | PO Box 100 | **Bank** |
| | | Andover, IA 52701 | |

□ D _____
■ E/F _3.3_
□ G _____

| Debtor | **Bovine Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.34 | **RAN Investments, LLC** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.35 | **RAN Investments, LLC** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.36 | **RAN Investments, LLC** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.37 | **RAN Investments, LLC** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.38 | **RAN Investments, LLC** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.39 | **Ray Naeve** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.40 | **Ray Naeve** | 4361 140th Street PO Box 100 Andover, IA 52701 | **Clinton National Bank** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Bovine Properties, LLC** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.41 | **Ray Naeve**<br>**4361 140th Street**<br>**PO Box 100**<br>**Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.42 | **Ray Naeve**<br>**4361 140th Street**<br>**PO Box 100**<br>**Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.43 | **Ray Naeve**<br>**4361 140th Street**<br>**PO Box 100**<br>**Andover, IA 52701** | **Clinton National Bank** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **Bovine Properties, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

    To be supplied.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    To be supplied.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **Bovine Properties, LLC** | Case number *(if known)* |
|---|---|---|

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Clinton National Bank**<br>**235 6th Avenue South**<br>**Clinton, IA 52732**<br>**Creditor** | **04/20/2023** | **$29,356.89** | **Principal and interest payment on note #1372.** |

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Electric Service of Clinton, Inc. v. Naeve Family Beef, LLC and Bovine Properties, LLC, Case No. LACV049613** | **Contract** | **Iowa District Court for Clinton County**<br>**612 North 2nd Street**<br>**PO Box 2957**<br>**Clinton, IA 52732** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Electric Service of Clinton, Inc. v. Naeve Family Beef, LLC and Bovine Properties, LLC, Case No. EQCV049614** | **Mechanic's Lien Foreclosure** | **Iowa District Court for Clinton County**<br>**612 North 2nd Street**<br>**PO Box 2957**<br>**Clinton, IA 52732** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Vision Electric, LLC v Bovine Properties, LLC et al Consolidated Case No. EQCV048491** | **Mechanic's Lien Foreclosure** | **Iowa District Court for Clinton County**<br>**Business Specialty Court**<br>**612 North 2nd Street**<br>**PO Box 2957**<br>**Clinton, IA 52732** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    **Bovine Properties, LLC**                                    Case number *(if known)* _____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ag & Business Legal Strategies**<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | | **08/31/2023,<br>09/29/2023,<br>10/31/2023,<br>11/30/2023,<br>12/29/2023,<br>01/31/2024,<br>02/29/2024,<br>03/29/2024<br>04/10/2024** | **$77,486.06** |
| | **Email or website address** | www.ablsonline.com | | |
| | **Who made the payment, if not debtor?**<br>**Naeve Family Beef, LLC** | | | |

---

Debtor   **Bovine Properties, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Ag & Business Legal Strategies P.O. Box 11425 Cedar Rapids, IA 52410-1425** | | **07/31/2023. 08/15/2023. 08/31/2023** | **$50,000.00** |
| | **Email or website address** | www.ablsonline.com | | |
| | **Who made the payment, if not debtor? RAN Investments, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Bovine Properties, LLC**                                              Case number *(if known)* _____

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | **1902 7th Avenue Camanche, IA 52730** | **See attached Exhibit SOFA Q-21.** | **$4,112,897.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor   **Bovine Properties, LLC** _____   Case number _(if known)_ _____

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jeff Jennings**<br>**Reiser Jennings & Company PC**<br>**1706 Brady Street**<br>**Davenport, IA 52803** | **Current Accountant** |
| 26a.2. | **Rachael Blanchard**<br>**3152 152nd Street**<br>**Charlotte, IA 52731** | **Controller -**<br>**10/01/2021 -**<br>**09/30/2023** |
| 26a.3. | **Vanessa Merchant**<br>**38 Section Road**<br>**Miles, IA 52064** | **Bookkeeper -**<br>**10/01/2023 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

Debtor    **Bovine Properties, LLC**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Jeff Jennings**<br>**Reiser Jennings & Company PC**<br>**1706 Brady Street**<br>**Davenport, IA 52803** | **Current Accountant** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Rachael Blanchard**<br>**3152 152nd Street**<br>**Charlotte, IA 52731** | **Controller -**<br>**10/01/2021 -**<br>**2023-09-30** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Vanessa Merchant**<br>**38 Section Road**<br>**Miles, IA 52064** | **Bookkeeper -**<br>**10/01/2023 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jeff Jennings**<br>**Reiser Jennings & Company PC**<br>**1706 Brady Street**<br>**Davenport, IA 52803** | |
| 26c.2.   **Vanessa Merchant**<br>**38 Section Road**<br>**Miles, IA 52064** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Clinton National Bank**<br>**c/o Jason Wheat**<br>**235 6th Avenue South**<br>**Clinton, IA 52732** |
| 26d.2.   **First Citizens Bank**<br>**c/o Jonathan Klassen**<br>**2601 4th Street SW**<br>**Mason City, IA 50401** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Bovine Properties, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Naeve | 4166 135th Street<br>Clinton, IA 52732 | President | 45% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ray Naeve | 4361 140th Street<br>PO Box 100<br>Andover, IA 52701 | Vice President | 45% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Naeve | 4053 120th Street<br>Bryant, IA 52727 | Treasurer / Secretary | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Bovine Properties, LLC** _____    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

_____

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __04/10/2024_____

/s/ Andrew Naeve _____          **Andrew Naeve** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Bovine Properties, LLC**
**Chapter 11 Bankruptcy**
**SOFA Q-21**
**Statement of Financial Affairs**

Property Held for Another
Bovine Properties, LLC

| Owner | Location of Property | Description of Property | Value |
|---|---|---|---|
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Cooler Pallet Racking | $ 15,894 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Server | $ 16,019 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Rail System Equipment | $ 379,473 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Generator & Switch | $ 115,000 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Refrigeration | $ 569,442 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Wastewater | $ 911,377 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Boiler System/Air Compressors/ Fab Tables | $ 279,612 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Ultrasource Operating Equipment | $ 615,396 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Other Operating Equipment | $ 169,950 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | CCS Building Equipment | $ 622,000 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Dunleavy Processing Tables, Compressors, Processing Equipment | $ 77,000 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Communication Equipment | $ 155,000 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Computer Inventory Equipment | $ 47,000 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Blood Collection System | $ 29,007 |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Packaging Materials | unknown |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Operating Supplies | unknown |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Office Furniture | unknown |
| Naeve Family Beef | 1902 7th Ave Camanche, IA 52730 | Inventory Software | unknown |
| Meat & Greet | 1902 7th Ave Camanche, IA 52730 | Refrigerated Van | $ 35,000 |
| Meat & Greet | 1902 7th Ave Camanche, IA 52730 | Store Fixtures | $ 9,455 |
| Meat & Greet | 1902 7th Ave Camanche, IA 52730 | Retail Shelving | unknown |
| Meat & Greet | 1902 7th Ave Camanche, IA 52730 | Display Cases | $ 59,571 |
| Meat & Greet | 1902 7th Ave Camanche, IA 52730 | Display Cooler | unknown |
| NIE, LLC | 1902 7th Ave Camanche, IA 52730 | Dry Van Trailers | unknown |
| NIE, LLC | 1902 7th Ave Camanche, IA 52730 | Refrigerated Trailers | unknown |
| NIE, LLC | 1902 7th Ave Camanche, IA 52730 | Semi-Truck | unknown |
| Andrew Naeve | 1902 7th Ave Camanche, IA 52730 | Shipping Container | $ 5,000 |
| Andrew Naeve | 1902 7th Ave Camanche, IA 52730 | Standup Freezer | $ 1,700 |
| RAN Investments | 1902 7th Ave Camanche, IA 52730 | Fuel Barrel | unknown |

Total:  $  4,112,897

# United States Bankruptcy Court
## Northern District of Iowa

In re    **Bovine Properties, LLC**
                                    Debtor(s)

Case No. _____
Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Adam Naeve**<br>**4053 120th Street**<br>**Bryant, IA 52727** | | **10%** | |
| **Andrew Naeve**<br>**4166 135th Street**<br>**Clinton, IA 52732** | | **45%** | |
| **Ray Naeve**<br>**4361 140th Street**<br>**PO Box 10**<br>**Andover, IA 52701** | | **45%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 10, 2024**              Signature   **/s/ Andrew Naeve**
                                                    **Andrew Naeve**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Adam Naeve
4053 120th St
Bryant, IA 52727


Allied Construction Services, Inc.
214 South 35th Street
Bettendorf, IA 52722


Andrew Naeve
4166 135th St
Clinton, IA 52732


Bakers & Packers Millwright, LLC
209 N Day Avenue
Ute, IA 51060


Bemjamin Patterson
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801


Brandon Bohlman
Lederer Weston Craig, PLC
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266


Brandon Marburger
PO Box 219
Miles, IA 52064


Central Confinement Service, LLC
PO Box 1332
Columbus, NE 68602

Clinton Engineering Co, Inc.
2101 Lincoln Way
Clinton, IA 52732


Clinton National Bank
235 6th Avenue South
Clinton, IA 52732


Continental Fire Sprinkler Company
4518 S 133rd St
Omaha, NE 68145


Crescent Electric Supply Company
7750 Dunleith Drive
East Dubuque, IL 61025


Curtis H Swahn
PO Box 34818
Omaha, NE 68134


Douglas R. Lindstrom, Jr.
Lane & Waterman LLP
220 North Main Street
Suite 600
Davenport, IA 52801


Dustin Ludemann
James D. Bruhn, PLC
343 Fifth Avenue South
Clinton, IA 52732


Eastern Iowa Plumbing & Heating
PO Box 219
Miles, IA 52064


Electric Service of Clinton, Inc.
P.O. Box 1116
Clinton, IA 52732

Elizabeth Paterson
4518 S 133rd St
Omaha, NE 68145


Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224


Iowa Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306-0471


James Bruhn
James D. Bruhn, PLC
343 Fifth Avenue South
Clinton, IA 52732


Jason Wheat
635 6th Avenue South
Clinton, IA 52732


Joseph VanVooren
Mitvalskey, VanVooren & Fox, P.C.
1515 5th Ave; Suite 428
IL 61365


Mark D. Waltz
Dentons Davis Brown, PC
4201 Westown Parkway, Suite 300
New Providence, IA 50206


Matthew Roth
Simmons Perine Moyer Bergman
115 3d street SE, Suite 1200
Cedar Rapids, IA 52401

Meat and Greet, LLC
dba Naeve Family Beef
4361 140th Street
PO Box 100
Andover, IA 52701


Naeve Family Beef LLC
4361 140th St
Andover, IA 52701


Naeve Family Beef, LLC
4361 140th Street
PO Box 100
Andover, IA 52701


Naeve Livestock Farms Corporation
4361 140th Street
PO Box 100
Andover, IA 52701


Naeve, Inc.
4361 140th Street
PO Box 100
Andover, IA 52701


NFB, LLC
4361 140th Street
PO Box 100
Andover, IA 52701


Office of the Attorney General of Iowa
1305 E Walnut St
Des Moines, IA 50319


Peoples Company
12119 Stratford Drive
Clive, IA 50325

Peter J. Wenker
Brooks Law Firm PC
3725 Blackwawk Road, Suite 200
Rock Island, IL 61201


RAN Investments, LLC
4361 140th Street
PO Box 100
Andover, IA 52701


Ray Naeve
4361 140th Street
PO Box 100
Andover, IA 52701


RHA Service, Inc.
524 3rd Ave South
Clinton, IA 52732


Samuel Jones
Shuttleworth & Ingersoll, PLC
115 3rd Street SE, Suite 500
PO Box 2107
Cedar Rapids, IA 52406-2107


St. Cloud Refrigeration, Inc.
604 Lincoln Ave
Saint Cloud, MN 56304


Terry M. Giebelstein
Lane & Waterman LLP
220 North Main Street
Suite 600
Davenport, IA 52801


U.S. Attorney (IRS)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

Ulitmate Thermal, Inc.
PO Box 34818
Omaha, NE 68134


Vision Electric, LLC
3300 Henry St SW
Ste 5
Bondurant, IA 50035

# United States Bankruptcy Court
## Northern District of Iowa

In re   **Bovine Properties, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bovine Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2024** _____

Date

**/s/ Joseph A. Peiffer** _____

**Joseph A. Peiffer AT0006160**

Signature of Attorney or Litigant

Counsel for   **Bovine Properties, LLC** _____

**Ag & Business Legal Strategies**
**PO Box 11425**
**Cedar Rapids, IA 52410**
**319-363-1641 Fax:319-200-2059**
**joe@ablsonline.com**